**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Jennifer L. Thurston
United States Magistrate Judge
Bakersfield, California

> RE:   **Howard W. FERREIRA**
> **Case Number: 1:94-mj-02322**
> **REQUEST DISMISSAL OF PROBATION
> VIOLATION WARRANT**

Your Honor:

This Memorandum is to request the Court vacate and recall the probation violation warrant issued for the defendant's arrest.

The Ninth Circuit Court of Appeals' decision in U. S. v. Vargas-Amaya, 389 F. 3d 901 (2004) ruled that a Court's jurisdiction to revoke supervision beyond the term of supervision ordered, is extended if the warrant was issued "upon probable cause, supported by Oath or Affirmation," as required by the Fourth Amendment.  On violation petitions issued prior to 2004, there was no Oath or Affirmation in our petitions; therefore, on this defendant's petition, there is no Oath or Affirmation.

On October 12, 1993, the above named defendant appeared before U. S. Magistrate Judge Leonard A. Cosgrove, in Edwards, California, for sentencing based on the following violations:  Count 1:  18 USC 13: CVC 22349 - Speeding; Count 2:  21 USC 844(a) - Possession of Controlled Substance; and Count 3:  18 USC 13: CVC 23222(a) - Possession of Open Container in Vehicle.  The defendant was sentenced as follows:  Count 1:  $50 fine; Count 2:  One year Prejudgment Probation, $1,000 fine, urine testing and barred from Edwards Air Force Base; and Count 3:  $140 fine.

On July 28, 1994, the Honorable Leonard A. Cosgrove ordered a Warrant for the defendant's arrest based on a Violation Petition dated July 1, 1994, alleging the following: 1)  Failure to Pay the Court Ordered Fine; 2)  Failure to Submit to Monthly Supervision Reports; and 3) Failure to Notify the Probation Officer of Change in Residence.

Rev. 11/2009
MEMO ~ COURT.MRG

RE:   Howard W. FERREIRA
       Docket Number:   93-20506M
       <u>**Request Dismissal of Probation Violation Warrant**</u>

Based on the decision in <u>U. S. v. Vargas-Amaya</u>, it is recommended the Court recall the warrant and dismiss the case.

Respectfully submitted,

/s/ Rick C. Louviere

**RICK C. LOUVIERE**
**Assistant Deputy Chief Probation Officer**

Dated:       July 22, 2011
              Fresno, California
              RCL:dk

---

**THE COURT ORDERS**

On April 12, 2006, the Court granted the government's request to dismiss the probation violation.  (Doc. 4)  Because it does not appear that the warrant was withdrawn at that time, the Court hereby **ORDERS** that the arrest warrant, issued on August 18, 1994 is **WITHDRAWN**.

IT IS SO ORDERED.

Dated:   **July 23, 2011**                          /s/ **Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE

cc:   United States Attorney's Office
       United States District Court Clerk's Office
       United States Marshal's Service

Rev. 11/2009
MEMO ~ COURT.MRG